# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parsons, Marcia P. | USBC Eastern District of Tennessee | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

200 West Depot Street
Suite 321
Greeneville, Tennessee 37743

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Walters State Community College--teaching |
| 2. | 2019 | Wolters Kluwer Law & Business Publishers--book royalties |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | March 25-27 | Washington, D.C. | Meeting | Transportation, meals, room |
| 2. | National Conference of Bankruptcy Judges | October 29-November 2 | Washington, D.C. | Meeting | Transportration, meals, room |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SoFi Lending Corp. | Guaranty of note for student loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Horizon Bank Checking | A | Interest | K | T | | | | | |
| 2. TN Energy Acqu. Rev. Bond | B | Interest | K | T | | | | | |
| 3. U.S. Savings Bonds | A | Interest | M | T | | | | | |
| 4. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds) | A | Interest | | | Matured | 04/05/19 | J | | |
| 5. IRA #2 (UBS Cus: Bank USA Salt Lake City CD) | A | Interest | K | T | | | | | |
| 6. IRA #2 (UBS Cus: Fin'ing Corp CPN Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 7. IRA #2 (UBS Cus: Fed Nat'l Ass Med Term Zeros) | A | Interest | K | T | | | | | |
| 8. IRA #2 (UBS Cus: Bank USA Deposit Account) | A | Interest | J | T | | | | | |
| 9. IRA #2 (UBS Cus: American Balanced Fund) | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 10. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 11. IRA #1 (UBS Cus: Safra Nat'l Bank CD) | A | Interest | | | Matured | 02/27/19 | J | | |
| 12. IRA #1 (UBS Cus: Fin'ing Corp. Fed Cpn Zero Coupon Bonds) | A | Interest | L | T | | | | | |
| 13. IRA #1 (UBS Cus: Fin'ing Corp Strip Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 14. IRA #1 (UBS Cus: Fed Nat's Mtg Assn Zero Coupon Bonds) | A | Interest | L | T | | | | | |
| 15. IRA #1 (UBS Cus: Resol Funding Corp. Zero Coupon Bonds) | A | Interest | | | Matured | 03/26/19 | J | | |
| 16. IRA #1 (UBS Cus: CD Wells Fargo Bank) | A | Interest | J | T | Buy | 03/26/19 | J | | |
| 17. IRA #1 (UBS Cus: TN Vally Zero Coupon Bonds) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (UBS Cus: USA Bank Deposit Acount) | A | Interest | J | T | | | | | |
| 19. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 20. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | K | T | | | | | |
| 21. IRA #1 (UBS Cus: FNMA Zero Coupon Bonds) | A | Interest | J | T | | | | | |
| 22. IRA #1 (UBS Cus: American Balanced Fund) | A | Dividend | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 24. IRA #1 (UBS Cus: Bank USA Salt CD) | A | Interest | J | T | Buy | 03/06/19 | J | | |
| 25. IRA #1 (UBS Cus: Texas Capital Bank CD) | A | Interest | K | T | Buy | 12/04/19 | K | | |
| 26. Hartford Fixed Annuity | C | Distribution | L | T | | | | | |
| 27. Great West IRA (100% in Secure Foundation Balanced L Account) | D | Distribution | M | T | | | | | |
| 28. NY Life Fixed Annuity | D | Distribution | L | T | | | | | |
| 29. TIAA-CREF Retirement Annuity #1 (ASL) | E | Distribution | N | T | | | | | |
| 30. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 31. Purepoint Financial Online Savings Acct | B | Interest | N | T | | | | | |
| 32. Purepoint Financial CD | A | Interest | | | Matured | 09/03/19 | K | | |
| 33. Synchrony Bank CD | A | Interest | K | T | | | | | |
| 34. Northern Bank & Trust Money Market Account | A | Interest | | | Closed | 04/03/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CIT Bank CD | A | Interest | | | Matured | 07/10/19 | K | | |
| 36. CIT Bank CD | A | Interest | | | Matured | 08/08/19 | K | | |
| 37. Citizen's Access Bank CD | A | Interest | K | T | | | | | |
| 38. Synchrony Bank CD | A | Interest | | | Matured | 07/08/19 | J | | |
| 39. Commercial Bank CD | A | Interest | K | T | | | | | |
| 40. Synchrony Bank CD | A | Interest | K | T | | | | | |
| 41. Synchrony Bank CD | A | Interest | J | T | | | | | |
| 42. TIAA Bank CD | A | Interest | J | T | | | | | |
| 43. Purepoint Financial CD | A | Interest | | | Matured | 12/10/19 | J | | |
| 44. VOYA Variable Annuity #3 Intermediate Bond Portfolio | A | Interest | K | T | | | | | |
| 45. VOYA Variable Annuity #3 Growth & Income Portfolio | A | Interest | K | T | | | | | |
| 46. VOYA Variable Annuity #3 Large Cap Growth Portfolio | A | Interest | K | T | | | | | |
| 47. Synchrony Bank CD | A | Interest | K | T | | | | | |
| 48. VOYA Annuity #1 (Fixed payment) | C | Distribution | L | T | | | | | |
| 49. VOYA Annuity #2 (Fixed payment) | C | Distribution | L | T | | | | | |
| 50. IRA #2 (UBS Cus: HSBC Bank USA CD) | A | Interest | K | T | | | | | |
| 51. IRA #1 (UBS Cus: HSBC Bank USA CD) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Ally Bank CD | A | Interest | K | T | | | | | |
| 53. | VOYA Annuity #3 (WSCC) (Variable)<br>Vanguard Wellington Fund Adm | A | Dividend | J | T | | | | | |
| 54. | VOYA Annuity #3 (WSCC) (Variable)<br>Vanguard Target Retire 2020 Fnd | A | Dividend | J | T | | | | | |
| 55. | VOYA Annuity #3 (WSCC) (Variable)<br>Vanguard Target Retire Income Fnd | A | Dividend | J | T | | | | | |
| 56. | VOYA Annuity #3 (WSCC) (Variable)<br>VOYA Fixed Plus Account III | A | Dividend | J | T | | | | | |
| 57. | IRA #1 Jackson National Annuity JNL M-M<br>Small Cap Fund | A | Dividend | J | T | | | | | |
| 58. | IRA #1 Jackson National Annuity JNL/<br>Amer Global Bonds Fund | A | Dividend | J | T | | | | | |
| 59. | IRA #1 Jackson National Annuity JNL/<br>Amer Funds Growth Allocation Fund | A | Dividend | J | T | | | | | |
| 60. | IRA #1 Jackson National Annuity JNL/<br>Amer Funds Moderate Growth Fund | A | Dividend | K | T | | | | | |
| 61. | IRA #1 Jackson National Annuity JNL/<br>Oppenheimer Global Growth Fund | A | Dividend | J | T | | | | | |
| 62. | IRA #1 Jackson National Annuity JNL/<br>TRPrice Mid-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 63. | IRA #1 Jackson National Annuity JNL/<br>WMC Balanced Fund | A | Dividend | K | T | | | | | |
| 64. | IRA #1 Ohio Nat'l Annuity PIMCO Real<br>Return Portfolio | A | Dividend | J | T | | | | | |
| 65. | IRA #1 Ohio Nat'l Annuity PIMCO Total<br>Return Portfolio | A | Dividend | J | T | | | | | |
| 66. | IRA #1 Ohio Nat'l Annuity Fidelity VIP<br>Contrafund Portfolio | A | Dividend | J | T | | | | | |
| 67. | IRA #1 Ohio Nat'l Annuity Ivy VIP Asset<br>Strategy Fund | A | Dividend | J | T | | | | | |
| 68. | IRA #1 Ohio Nat'l Annuity Clearbridge Var.<br>Large Cap Value Portfolio | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. IRA #1 Ohio Nat'l Annuity Fidelity VIP Mid-Cap Portfolio | A | Dividend | J | T | | | | | |
| 70. IRA #1 Ohio Nat'l Annuity Janus Henderson Global Rsch Portfolio | A | Dividend | J | T | | | | | |
| 71. IRA #1 Ohio Nat'l Annuity Ivy VIP Natural Resources Fund | A | Dividend | J | T | | | | | |
| 72. IRA #1 Ohio Nat'l Annuity Lazard Retirement Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 73. IRA #1 Ohio Nat'l Annuity Royce Small-Cap Portfolio | A | Dividend | J | T | | | | | |
| 74. Popular Bank CD | A | Interest | J | T | Buy | 01/04/19 | J | | |
| 75. UBS New Cash CD | A | Interest | K | T | Buy | 03/19/19 | K | | |
| 76. Merrick Bank CD | A | Interest | K | T | Buy | 04/05/19 | K | | |
| 77. Merrick Bank CD | A | Interest | K | T | Buy | 07/08/19 | K | | |
| 78. Quontic Bank CD | A | Interest | K | T | Buy | 05/24/19 | K | | |
| 79. Sallie Mae Bank CD | A | Interest | K | T | Buy | 07/06/19 | K | | |
| 80. BBVA Money Market | A | Interest | J | T | Open | 07/25/19 | J | | |
| 81. BBVA CD | A | Interest | K | T | Buy | 07/25/19 | K | | |
| 82. CIT Bank Savings Builder Account | A | Interest | L | T | Open | 01/02/19 | L | | |
| 83. Ally Bank CD | A | Interest | K | T | Buy | 08/12/19 | K | | |
| 84. Synchrony Bank CD | A | Interest | K | T | Buy | 08/29/19 | K | | |
| 85. Synchrony Bank CD | A | Interest | J | T | Buy | 09/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Eastman Credit Union CD | A | Interest | K | T | Buy | 11/07/19 | K | | |
| 87. Eastman Credit Union CD | A | Interest | J | T | Buy | 12/10/19 | J | | |
| 88. Eastman Credit Union Primary Share Account | A | Dividend | J | T | Open | 11/07/19 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parsons, Marcia P.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Line 1 of Part VII of this report, the asset previously reported as "First Tenessee Bank Checking"is renamed "First Horizon Bank Checking" reflecting the fact that First Tennessee Bank has changed its name to First Horizon Bank.

The asset listed on Line 5 of Part VII on the 2018 report now appears on Line 6 of Part VII in this 2019 report. The asset listed on Line 6 of Part VII on the 2018 report now appears on Line 5 of Part VII in this 2019 report.

The asset listed on Line 39 of Part VII on the 2018 report now appears on Line 40 of Part VII in this 2019 report.The asset listed on Line 40 of Part VII on the 2018 report now appears on Line 39 of Part VII in this 2019 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Parsons, Marcia P. | 04/30/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marcia P. Parsons**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544